# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BANK OF AMERICA, N.A.,

    Plaintiff,

v.

ELDORADO FOURTH HOMEOWNERS ASSOCIATION, *et al.*,

    Defendants.

Case No. 2:16-CV-00378-KJD-GWF

**ORDER**

    Presently before the Court is Defendant's Notice of Demand for Security of Costs (#10). Though the time for doing so has passed, no response in opposition has been received. Therefore, good cause being found, and in accordance with Local Rule 7-2(d), the motion is granted. Plaintiff shall provide security in accordance with NRS §18.130 in the amount of $500.00.

**IT IS SO ORDERED.**

    DATED this 25th day of April 2016.

_____
Kent J. Dawson
United States District Judge