MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
MILES N. CLARK, ESQ.
Nevada Bar No. 13848
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:       melanie.morgan@akerman.com
Email:       miles.clark@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>                    Plaintiff,<br><br>vs.<br><br>ELDORADO FOURTH HOMEOWNERS ASSOCIATION; LN MANGEMENT LLC SERIES 2016 NAVASOTA; and ALESSI & KOENIG, LLC,<br><br>                    Defendants. | Case No.:  2:16-cv-00378 –KJD-GWF<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, Bank of America, N.A. (**BANA**), and defendants Eldorado Fourth Homeowners Association, LN Management LLC Series 2016 Navasota, and Alessi & Koenig, LLC, by and through their respective counsel, hereby stipulate to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own attorneys' fees and costs.

The parties further stipulate and jointly request the court authorize the clerk to release BANA's cash deposit, ECF No. 16, to BANA's counsel upon entry of an order approving this stipulation.

///

{38399461;1}

1

This the 14th day of June, 2016.

**AKERMAN LLP**

 /s/ Miles N. Clark
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
MILES N. CLARK, ESQ.
Nevada Bar No. 13848
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for plaintiff Bank of America, N.A.*

This the 14th day of June, 2016.

**ALESSI & KOENIG, LLC**

 /s/ Steven T. Loizzi, Jr.
STEVEN T. LOIZZI, JR., ESQ.
Nevada Bar No. 10920
9500 W. Flamingo Road, Suite 205
Las Vegas, Nevada 89147

*Attorneys for defendants Eldorado Fourth Homeowners Association and Alessi & Koenig, LLC*

This the 14th day of June, 2016.

 /s/ Kerry P. Faughnan
KERRY P. FAUGHNAN, ESQ.
P.O. Box 335361
North Las Vegas, Nevada 89033

*Attorneys for defendant LN Management LLC Series 2016 Navasota*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: June 16, 2016

{38399461;1}

2